IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL BEAUTY PRODUCTS INCORPORATED d/b/a VAN DER HAGEN,<br><br>    Defendant. | Case No. 1:22-cv-00098-SPB |

### ORDER

AND NOW, this <u>10th</u> day of <u>June</u>, 2022, the Motion to Set Aside Clerk's Entry of Default Against Universal Beauty Products Incorporated is GRANTED.

The Clerk's Entry of Default as to Universal Beauty Products Incorporated (ECF No. 5) is set aside and vacated in its entirety.

In light of the parties' representation that this matter has been amicably resolved, Plaintiff shall file Notice of Voluntary Dismissal with Prejudice within thirty (30) days after the entry of this Order.

*/s/ Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge